EQUAL EMPLOYMENT OPPORTUNI-
TY COMMISSION,
Plaintiff–Appellant,

v.

MISSISSIPPI STATE TAX COMMIS-
SION, Defendant–Appellee.

No. 87–4659.

United States Court of Appeals,
Fifth Circuit.

Sept. 20, 1988.

Peggy R. Mastroianni, Charles A. Sha-
nor, Gen. Counsel, E.E.O.C., Washington,
D.C., for plaintiff-appellant.

John T. Kitchens, Asst. Atty. Gen., Ed-
win Lloyd Pittman, Atty. Gen., Bobby R.
Long, Chief Atty., Mississippi State Tax
Comm., Jackson, Miss., for defendant-ap-
pellee.

ON SUGGESTION FOR
REHEARING EN BANC

Before CLARK, Chief Judge, GEE,
RUBIN, REAVLEY, POLITZ, KING,
JOHNSON, WILLIAMS, GARWOOD,
JOLLY, HIGGINBOTHAM, DAVIS,
JONES, and SMITH, Circuit Judges.

BY THE COURT:

A member of the Court in active service
having requested a poll on the suggestion
for rehearing en banc and a majority of the
judges in active service having voted in
favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be
reheard by the Court en banc with oral
argument on a date hereafter to be fixed.
The Clerk will specify a briefing schedule
for the filing of supplemental briefs.